UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY VARGAS EVANS | No. 19 CR 849-1<br><br>Hon. Charles R. Norgle |

**AGREED STATUS REPORT**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this agreed status report as directed by the court (Dkt. No. 55):

1. Defendant Gary Vargas Evans is released on bond with conditions.

2. The government recently produced discovery in this matter. The defense would like 60 days to review the materials.

3. The parties are in communication regarding the possibility of resolving this matter short of trial.

4. In light of the above, the parties request that this matter be continued to November 11, 2020.

5. The government requests that time be excluded to and including the next status date in the interests of justice to allow the above-described work to be done. The defense has no objection.

Respectfully submitted,

                                      JOHN R. LAUSCH JR.
                                      United States Attorney

            By:     /s/ *Andrew C. Erskine*
                                      ANDREW C. ERSKINE
                                      Assistant U.S. Attorney
                                      219 South Dearborn St., Rm. 500
                                      Chicago, Illinois 60604
                                      (312) 353-1875

Dated: September 11, 2020