UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>CASTULO CORTES | No. 19 CR 849-2<br><br>Judge Matthew F. Kennelly |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EARLY TERMINATION**

Defendant Castulo Cortes has moved for early termination of supervised release. Defendant's three-year term is currently scheduled to end on October 5, 2026, and will be halfway complete on or about April 5, 2025.[1]

Defendant has been doing well on supervised release, and if defendant had completed half of his term, the government would likely have no objection. However, because defendant has not yet completed half of his term, the government does object.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:    /s/ *Andrew C. Erskine*
ANDREW C. ERSKINE
Assistant U.S. Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-1875

Dated: October 29, 2024

---

[1] Defendant's motion mistakenly states supervised release began on October 5, 2024, but it actually began on October 5, 2023.